**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

THE POWER OF FEW, LLC,
a Louisiana limited liability company,

---

**MONTHLY STATUS REPORT**

---

COMES NOW The Power of Few, LLC, ("Plaintiff" or "TPF"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 13-CV-02200:** Plaintiff served subpoenas on Comcast Cable Communications, LLC; CenturyLink QC; JAB Wireless, Inc.; ViaSat Communications, Inc.; and Verizon Wireless Telecom Inc. on August 27, 2013.

**Civil Action No. 13-CV-02214:** Plaintiff served subpoenas on Comcast Cable Communications, LLC; CenturyLink QC; and Eschelon Telecom, Inc. d.b.a. Integra Telecom on August 27, 2013.

**Civil Action No. 13-CV-02312:** Plaintiff served subpoenas on Comcast Cable Communications, LLC; CenturyLink QC; Bresnan Broadband, LLC and Clear Wireless LLC September 25, 2013.

**Civil Action No. 13-CV-02328:** Plaintiff served subpoenas on Comcast Cable Communications, LLC; CenturyLink QC and Bresnan Broadband, LLC on September 25, 2013.

**Civil Action No. 13-CV-02341:** Plaintiff served subpoenas on Comcast Cable Communications, LLC; CenturyLink QC; Bresnan Broadband, LLC and Clear Wireless LLC September 25, 2013.

**Civil Action No. 13-CV-02380:** Plaintiff served subpoenas on Comcast Cable Communications, LLC and CenturyLink QC on September 25, 2013.

Respectfully submitted this 10th day of October, 2013.

BROWN & KANNADY, LLC

/s/ Scott T. Kannady
Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of October 2013, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

By: /s/ Maegan Stevens
Maegan M. Stevens, Paralegal
Brown & Kannady, LLC