IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| The Power of Few, LLC., ) | |
| ) | Civil Action No. 13-cv-2380-WJD-MEH |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF DISMISSAL |
| ) | |
| John Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 and 26, ) ) ) | |
| ) | |
| Defendants. ) ) | |

Plaintiff The Power of Few, LLC and Defendants John Doe #4 and John Doe #12 have entered into a confidential settlement agreement resolving this dispute. Plaintiff advises the court that this case may be dismissed against this Defendant, with prejudice, pursuant to the settlement agreement.

Defendants have not filed an Answer or Motion for Summary Judgment in this Matter.

THEREFORE, the Plaintiff hereby dismisses the above-referenced action filed against the Defendants John Doe #4 and John Doe #12, pursuant to F.R.C.P. 41(a)(1)(A)(i), with prejudice.

**Respectfully submitted this 11th day of November 2013,**

BROWN & KANNADY, LLC

**/s/ Scott T Kannady**
Scott T. Kannady, Esq.
2000 S. Colorado Blvd.
Suite 2-610
Denver, Colorado 80222
Telephone (303) 757-3800

Attorneys for Plaintiff.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 11th day of November, 2013, I electronically serve the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                                      By: /s/ Maegan M. Stevens
                                      Maegan Stevens, paralegal
                                      Brown & Kannady, LLC